No. 02–1217.  Jianrong Chen *v.* City of New York, New York, et al.  C. A. 2d Cir.  Certiorari denied.

No. 02–1219.  CECG, Inc. *v.* Magic Software Enterprises, Inc., et al.  C. A. 3d Cir.  Certiorari denied.

No. 02–1247.  Hardaway *v.* Young, Warden.  C. A. 7th Cir.  Certiorari denied.

No. 02–1258.  Raiser *v.* United States.  C. A. 10th Cir.  Certiorari denied.

No. 02–1259.  Stevens *v.* Departmental Disciplinary Committee for the Appellate Division, Supreme Court of New York, First Judicial Department.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 02–1261.  Reinhart *v.* Department of Agriculture.  C. A. 6th Cir.  Certiorari denied.

No. 02–1278.  Benes *v.* City of Dallas, Texas.  C. A. 5th Cir.  Certiorari denied.

No. 02–1283.  Galvan et al. *v.* Department of Defense et al.  C. A. 5th Cir.  Certiorari denied.

No. 02–1284.  Illinois *v.* Swift.  Sup. Ct. Ill.  Certiorari denied.

No. 02–1285.  Hayes *v.* York, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 02–1294.  Ristovski *v.* United States.  C. A. 6th Cir.  Certiorari denied.

No. 02–1296.  Brown, Special Representative for Reeves, Deceased *v.* Mund et al.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 02–1303.  Clark *v.* La Marque Independent School District et al.  C. A. 5th Cir.  Certiorari denied.